UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00180-FDW-DSC

| | |
|---|---|
| SHERRY M. POTTER-RIDLON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MAERSK, INC., AETNA LIFE )<br>INSURANCE COMPANY, and MAERSK )<br>INC. LONG TERM DISABILITY GROUP )<br>COVERAGE PLAN, )<br>)<br>Defendants. ) | ORDER |

THIS MATTER is before the Court on Defendants Maersk, Inc., Aetna Life Insurance Company, and Maersk Inc. Long Term Disability Group Coverage Plan's ("Defendants'") Motion to Dismiss. (Doc. No. 5). Upon review of Defendants' Motion, and in light of Plaintiff's consent thereto, this Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss (Doc. No. 5) is GRANTED, and Plaintiff's state law claim for breach of contract is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Signed: July 14, 2015

Frank D. Whitney
Chief United States District Judge