# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Sherry M. Potter-Ridlon, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00180-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Aetna Life Insurance Company<br>Maersk, Inc.<br>Maersk Inc. Long Term Disability<br>Group Coverage Plan, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2016 Order.

June 15, 2016

*[signature]*

Frank G. Johns, Clerk
United States District Court